UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEE CARTER, | No. C 06-7398 SI (pr) |
| Petitioner, | **ORDER TO SUPPLEMENT RECORD** |
| v. | |
| ROBERT L. AYERS, JR., Warden, | |
| Respondent. | |

In this habeas action, petitioner claims that his right to due process was denied because there was insufficient evidence to support a prison disciplinary decision that resulted in a loss of time credits for him. The court's evaluation of the claim is hindered by the absence of a confidential document used at the prison disciplinary hearing. Specifically, the record does not include the confidential memorandum dated January 8, 2004, referred to in the disciplinary decision and in the confidential information disclosure form. See Resp. Exh. 2 (sixth and last pages). Accordingly, no later than **May 23, 2008**, respondent must file and serve a copy of the memorandum. If respondent considers the memorandum to be confidential, he may file it under seal (and not serve a copy on petitioner), but must comply with Local Rule 79-5 in moving to file it under seal.

IT IS SO ORDERED.

Dated: April 28, 2008

_____
SUSAN ILLSTON
United States District Judge