United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEE CARTER, | No. C 06-7398 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT L. AYERS, JR., Warden, | |
| Respondent. | |

This case is pending on appeal, see Carter v. Ayers, Ninth Cir. No. 08-17161, but has come to this court's attention for consideration of two motions filed by petitioner Markee Carter in this court: his motion for reconsideration of the denial of his motion to proceed in forma pauperis on appeal (docket # 24) and his motion for waiver of court fees and costs on appeal (docket # 25). This is one of those instances where describing the problem is more difficult than solving it.

Carter filed a notice of appeal and a motion for a certificate of appealability on September 16, 2008. (Docket # 12, # 13.) The court denied the requested certificate of appealability as unnecessary and directed the clerk to process the appeal. (Docket # 14.) The file was then sent to the Ninth Circuit. (Docket # 16.) A request for payment of the $455 appeal filing fee was mailed to Carter from this court (docket # 17) and from the Ninth Circuit (Ninth Cir. docket # 3). Carter then file an incomplete application in this court (docket # 21) and another application in the Ninth Circuit (Ninth Cir. docket # 6). Although the application filed in the Ninth Circuit had an inmate trust account statement, the district court application did not. (At the time,

documents filed in appeals pending in the Ninth Circuit were not generally available for this court to view online.) This court denied Carter's motion to proceed in forma pauperis on March 9, 2009 (docket # 22), but the Ninth Circuit had already granted the motion to proceed in forma pauperis on February 6, 2009 (Ninth Cir. docket # 7.) The denial of in forma pauperis by the district court apparently caused the fee to be listed as immediately due in the district court's finance office records, and dunning notices were sent to Carter by the finance office.

Carter then filed his motion for reconsideration of the denial of his motion to proceed in forma pauperis and motion for waiver of court fees and costs on appeal. Upon due consideration of the pending motions, the court rules as follows: The motion to reconsider the denial of the motion to proceed in forma pauperis is GRANTED. (Docket # 24.) The March 9, 2009 order denying Carter's motion to proceed in forma pauperis is VACATED. (Docket # 22.) The motion to proceed in forma pauperis filed on February 4, 2009 and the motion for waiver of court fees and costs on appeal filed on July 6, 2009 are DISMISSED as moot because the Ninth Circuit has granted pauper status to Carter. (Docket # 21, # 25.)

The clerk's office and finance office of the district court will update their records to reflect that the petitioner has been granted leave to proceed in forma pauperis on appeal by the Ninth Circuit, and process his account accordingly rather than as though he is obliged to immediately send in a check for the full filing fee for his appeal.

IT IS SO ORDERED.

Dated: November 10, 2009

_____
SUSAN ILLSTON
United States District Judge

2